

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00051-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11074
Honorable Dick Alcala, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
        Patricia O. Alvarez, Justice
        Luz Elena D. Chapa, Justice

Delivered and Filed:  February 5, 2014

DISMISSED FOR WANT OF JURISDICTION

On October 18, 2013, Appellant Taylor Rae Rosenbusch was sentenced to twelve years' confinement in the Texas Department of Criminal Justice—Institutional Division in trial court cause number 2011CR11074.  Appellant's notice of appeal was due not later than November 18, 2013.  *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Appellant's motion for extension of time to file a notice of appeal was due not later than December 3, 2013.  *See* TEX. R. APP. P. 26.3; *Olivo*, 918 S.W.2d at 522.  The clerk's record shows Appellant's notice of appeal was filed on January 14, 2014; it does not show a motion for new trial or a motion

for extension of time to file a notice of appeal was filed. *See* TEX. R. APP. P. 26.3. In Appellant's motion to abate the appeal numbered 04-14-00050-CR, an appeal of trial court cause number 2011CR11075, Appellant acknowledges that she did not timely file a notice of appeal in this appeal (i.e., 04-14-00051-CR).

Absent a timely-filed, written notice of appeal of a criminal conviction, this court lacks jurisdiction over the appeal. *Olivo*, 918 S.W.2d at 522 ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction."); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

This appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH